# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| 4 Star Electronics, Inc. ) | ASBCA No. 60925 |
| ) | |
| Under Contract No. SPE7M1-15-M-0277 ) | |

APPEARANCE FOR THE APPELLANT:      Mr. Jake Wilson
                                   CEO

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
                                     DLA Chief Trial Attorney
                                   Matthew O. Geary, Esq.
                                   Anita T. Doran, Esq.
                                     Trial Attorneys
                                     DLA Land and Maritime
                                     Columbus, OH

## ORDER OF DISMISSAL

This dispute has been settled. The appeal is dismissed with prejudice.

Dated: 8 May 2017

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60925, Appeal of 4 Star Electronics, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals